UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KEVIN GIDEON, | No. 2:15-cv-01492-MCE-CKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| REPUBLIC SERVICES, INC., | |
| Defendant. | |

Based upon the parties' Stipulation for Voluntary Dismissal with Prejudice (ECF No. 7), this matter is dismissed with prejudice.  Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1